# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Jackson,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>        Defendants. | No. CV-25-01032-PHX-SMB (ASB)<br><br>**ORDER** |

United States Magistrate Judge Alison Bachus has issued a Report and Recommendation ("R&R") (Doc. 20) recommending that Defendant Unknown Officer #1 be dismissed for failure to serve pursuant to Rule 4(m). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 4) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Bachus. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Magistrate Judge Bachus (Docs. 20) is accepted.

**IT IS FURTHER ORDERED** dismissing Defendant Unknown Officer #1.

Dated this 22nd day of September, 2025.

_Honorable Susan M. Brnovich_
United States District Judge